

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00006-CV

IN RE STEVE MONTRELL WILLIAMS, RELATOR

OPINION ON ORIGINAL PROCEEDING FOR WRIT OF MANDAMUS

January 22, 2018

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Relator, Steve Montrell Williams, inmate proceeding *pro se*, filed a petition for a writ of mandamus. Through it, he seeks relief directed at employees of the prison unit wherein he is incarcerated. We deny the petition.

This court has the authority to issue 1) writs of mandamus against a judge of a district or county court in our district and 2) all writs necessary to enforce our jurisdiction. TEX. GOV'T CODE ANN. § 22.221(a) & (b) (West 2004); *In re James*, No. 07-16-00113-CR, 2016 Tex. App. LEXIS 3026, at *2 (Tex. App—Amarillo Mar. 23, 2016, orig. proceeding). The employees against whom relief is sought are not judges. Nor has Williams shown that he has a live appeal or other cause pending before this court with which the prison

employees are interfering.  Thus, he has not shown that issuance of a writ is necessary to enforce our jurisdiction.

Accordingly, we deny the petition for writ of mandamus.


Per Curiam